STEPHANIE S. CHRISTENSEN
Acting United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
JONATHAN GALATZAN
Assistant United States Attorney
Chief, Asset Forfeiture Section
DAN G. BOYLE (Cal. Bar No. 332518)
Assistant United States Attorney
Asset Forfeiture Section
1400 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone:(213) 894-2426
     Facsimile:(213) 894-0142
     E-mail:   Daniel.Boyle2@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| UNITED STATES OF AMERICA, | No. 2:22-cv-5513 |
|---|---|
| Plaintiff, | VERIFIED COMPLAINT FOR FORFEITURE |
| v. | 18 U.S.C. §§ 981(a)(1)(C) and 984 |
| $872,335.00 IN BANK FUNDS SEIZED FROM BANK OF AMERICA ACCOUNT ENDING '6752, | [U.S.S.S] |
| Defendant. | |

Plaintiff United States of America brings this claim against the below-identified defendant, and alleges as follows:

**JURISDICTION AND VENUE**

1.   The government brings this in rem forfeiture action pursuant to 18 U.S.C. §§ 981(a)(1)(C) and 984.

2.   This Court has jurisdiction over the matter under 28 U.S.C. §§ 1345 and 1355.

3.    Venue lies in this district pursuant to 28 U.S.C. § 1395.

**PERSONS AND ENTITIES**

4.    The plaintiff in this action is the United States of America (the "plaintiff").

5.    The defendant (the "Defendant Funds") is $872,335.00 in Bank Funds seized during the execution of a federal seizure warrant from Bank of America ("BofA") account number ending '6752 (the "BofA '6752 Account") held in the name of Best Friends Logistics Inc. ("BFL"), with Davit Mkhitaryan ("Mkhitaryan") as the authorized signatory.

6.    The Defendant Funds are in the custody of the United States Secret Service ("USSS") within this District, where they will remain subject to this Court's jurisdiction during the pendency of this action.

7.    The interests of BFL and Mkhitaryan may be adversely affected by these proceedings.

**BASIS FOR FORFEITURE**

*Background on Small Business Administration Loan Fraud*

8.    On March 13, 2020, the President of the United States declared COVID-19 as an emergency under the Robert T. Stafford Disaster Relief and Emergency Assistance Act. As a result, the Coronavirus Aid, Relief, and Economic Security Act ("CARES Act") was passed by Congress and signed into law by President Trump on March 27, 2020. The Act provides over $2 trillion in economic relief protections to the American people for public health and economic impacts of COVID-19.

9.    The CARES Act established the Paycheck Protection Program

("PPP"), implemented by the Small Business Administration ("SBA") with support from the United States Department of the Treasury. The PPP provides small businesses with the resources they need to maintain their payroll, hire back employees who may have been laid off, and cover applicable overhead. The PPP prioritized millions of Americans employed by small businesses by authorizing up to $659 billion toward job retention and certain other expenses. This program provides small businesses with funds to pay up to eight weeks of payroll costs including benefits. Funds can also be used to pay interest on mortgages, rent, and utilities.

10.  To obtain a PPP loan, a qualifying business must submit a PPP loan application, which is signed by an authorized representative of the business.  The PPP loan application process requires the business through its authorized representative to acknowledge the program rules and make certain affirmative certifications to be eligible to obtain the PPP loan.

### *The Defendant Funds Are Proceeds of PPP Fraud*

11.  In December of 2021, BofA notified the United States Secret Service ("USSS") of potentially fraudulent activity in the BofA '6752 Account.

12.  BofA fraud investigators suspected that the Defendant Funds were fraud proceeds due to a pattern of activity involving the BofA '6752 Account which BofA investigators considered inconsistent with operation of a legitimate business.

13.  USSS investigators determined that the Defendant Funds were traceable to a PPP loan application numbered #19483659 which identified BFL as the applicant, Mkhitaryan as the signatory, and

requested a PPP loan in the amount of $872,335.00 (the "BFL Application").

14.   The BFL Application stated that BFL had 79 employees, that all 79 of these employees' jobs would be retained through the requested PPP loan, and that BFL's annual payroll was $4,187,208.00

15.   The BFL Application was granted, and on or about June 8, 2020, $872,335.00 was deposited into the BofA '6752 Account from the SBA, traceable to BFL Application.

16.   The BFL Application was materially false in numerous respects. Specifically:

     a.   The BFL Application identified a business address in Glendale, California. Businesses operating in California are required to provide information to the State of California Employment Development Department ("EDD") for the purposes of administering unemployment insurance for employees. EDD has no records indicating that BFL and/or Mkhitaryan employed 79 people or paid wages totaling $4,187,208.00, as represented on the BFL Application;

     b.   BFL was incorporated in 2019, but USSS investigators were unable to identify any current or former employee of BFL which would support a payroll of $4,187,208.00 in 2019, as stated in the BFL Application; and

     c.   Bank records for BFL indicate that, between August 26, 2019 and June 8, 2020, BFL received only $116,839.00 in total deposits, and showed no revenue or deposit activity which would support a payroll of $4,187,208.00 for the calendar year of 2019.

17.   USSS investigators determined that Mkhitaryan was the sole proprietor and only employee of a separate trucking company, which

offers general freight services to customers.

**CLAIM FOR RELIEF**

18.  Based on the above, plaintiff alleges that the Defendant Funds are, or are derived from, proceeds traceable to violations of 18 U.S.C. §§ 1014 (false statement on a loan application), 1343 (wire fraud) and/or 1344 (bank fraud), each of which is a specified unlawful activity as defined in 18 U.S.C. §§ 1956(c)(7)(A) and 1961(1)(B). The Defendant Funds are therefore subject to forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C). In addition, to the extent that the Defendant Funds are not the actual monies directly traceable to the illegal activity identified herein, plaintiff United States of America alleges that the Defendant Funds are identical property found in the same account or place as the property involved in the specified offense, rendering the Defendant Funds subject to forfeiture pursuant to 18 U.S.C. § 984.

//

//

//

1    WHEREFORE, plaintiff United States of America prays:

2        (a)   that due process issue to enforce the forfeiture of the

3    Defendant Funds;

4        (b)   that due notice be given to all interested parties to

5    appear and show cause why forfeiture should not be decreed;

6        (c)   that this Court decree forfeiture of the Defendant Funds to

7    the United States of America for disposition according to law; and

8        (d)   for such other and further relief as this Court may deem

9    just and proper, together with the costs and disbursements of this

10   action.

11    Dated: August 5, 2022              STEPHANIE S. CHRISTENSEN
                                         Acting United States Attorney
12                                       SCOTT M. GARRINGER
                                         Assistant United States Attorney
13                                       Chief, Criminal Division
                                         JONATHAN GALATZAN
14                                       Assistant United States Attorney
                                         Chief, Asset Forfeiture Section
15

16                                        /s/ Dan G. Boyle
                                         _____
17                                       DAN G. BOYLE
                                         Assistant United States Attorney
18
                                         Attorneys for Plaintiff
19                                       UNITED STATES OF AMERICA

20

21

22

23

24

25

26

27

28

**VERIFICATION**

I, NICHOLAS MILAZZO, hereby declare that:

1. I am a Special Agent for the United States Secret Service and the case agent for the forfeiture matter entitled <u>United States of America v. $872,335.00 in Bank Funds Seized from Bank of America Account `6752</u>.

2. I have read the above Verified Complaint for Forfeiture and know its contents. It is based upon my own personal knowledge and reports provided to me by other law enforcement agents.

3. Everything contained in the Complaint is true and correct, to the best of my knowledge and belief.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 4, 2022 at Los Angeles, California.

Nicholas
Milazzo
Digitally signed by
Nicholas Milazzo
Date: 2022.08.04 15:10:27
-07'00'

NICHOLAS MILAZZO
United States Secret Service